# ALABAMA COURT OF CRIMINAL APPEALS



April 11, 2025

**CR-2024-0524**
Lancaster DeShawn Lewis v. State of Alabama (Appeal from Morgan Circuit Court: CC-15-798.61)

## NOTICE

You are hereby notified that on April 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk